UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

QUINTON PORTER,

    Plaintiff,

    v.                                                  Civil Action No.

PUBLISHERS CLEARING HOUSE,

    Defendant.

## **DEFENDANT'S NOTICE OF REMOVAL AND DEMAND FOR JURY TRIAL**

Please take notice that pursuant to 28 U.S.C. §§1441 and 1446, Defendant, Publishers Clearing House ("PCH"), by and through its attorneys, Jackson Lewis P.C., hereby remove this action from the Superior Court of the State of Maine, Cumberland County, to the United States District Court for the District of Maine. In support of this Notice of Removal, Defendant states as follows:

    1.    By Complaint dated July 17, 2020 and filed on or about that date in the Cumberland County Superior Court, Plaintiff Quinton Porter instituted a claim against PCH alleging retaliation and discharge in violation of the Maine Whistleblowers' Protection Act ("MWPA"). A copy of the State Court Complaint is attached hereto as Exhibit 1. A copy of the State Court Summons, State Court Summary Sheet and Defendants' Notice of Filing of Notice of Removal to State Court Clerk are attached hereto as Exhibits 2 through 4. Certified copies of the state court pleadings will be filed upon receipt of same from the Cumberland County Superior Court.

2. Pursuant to 28 U.S.C. §1446(a), this notice of removal is timely filed within thirty (30) days of November 3, 2020, the date on which Defendant was first served with a copy of the Complaint.

3. This Court has jurisdiction over this action pursuant to 28 U.S.C. §1332(a)(1) and §1441(a), and it may be removed to this Court by Defendant because, upon information and belief, the amount in controversy exceeds $75,000, exclusive of interest and costs, and there exists complete diversity of citizenship between the parties in that:

    i. Plaintiff is now, and was when this action was commenced, a resident of the State of Maine.

    ii. Defendant PCH is a limited liability company duly organized under the laws of the State of New York with a principal place of business in New York, and was, at all times relevant, engaged in business activities in the State of Maine.

        a. No member or other equity owner of PCH LLC has given, as its address, an address in Maine nor, to the knowledge and belief of PCH LLC, is any such member/equity owner a citizen of the State of Maine.

        b. PCH LLC is privately held; its equity interests are not listed on any exchange; and no publicly-held entity owns any interest in PCH, with the exception of a national bank, acting in the capacity of a trustee, and without any equitable interest in the interests.

    iii. A reasonable reading of Plaintiff's Complaint establishes that the $75,000 amount in controversy requirement under 28 U.S.C. §1332(a)(1) is satisfied. Although Plaintiff's Complaint neither alleges an amount in controversy nor sets forth a specific damages claim, it does allege that Plaintiff has suffered economic and non-economic damages including pre-judgment and post-judgment interest, lost income, injunctive relief, other pecuniary losses, and reasonable attorneys' fees and costs, as a result of Defendant's alleged actions.

4. As this action could have commenced in this Court, removal is proper. 28 U.S.C. §1441(a). Furthermore, this Court may exercise supplemental jurisdiction over the Plaintiff's state law claims. See 28 U.S.C. §1367(a).

                                      Respectfully Submitted,
                                      PUBLISHERS CLEARING HOUSE
                                      By its attorneys,
                                      JACKSON LEWIS, P.C.

November 23, 2020                  By:    /s/ K. Joshua Scott
                                                  K. Joshua Scott, ME Bar #5282
                                                  100 International Drive, Suite 363
                                                  Portsmouth, NH 03801
                                                  (603) 559-2700 | Main
                                                  kjoshua.scott@jacksonlewis.com

## Certificate of Service

I hereby certify that the foregoing was served via electronic mail on counsel for Plaintiff, Guy Loranger, Esq. and via overnight mail on the Heidi Bauer, Operations Manager for Cumberland County Courts at Cumberland County Superior Court, 205 Newbury Street, Portland, ME 04101.

November 23, 2020                                    /s/ K. Joshua Scott
                                                          K. Joshua Scott